United States District Court
Southern District of Texas

**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| **ABEL ORLANDO RODRIGUEZ RODRIGUEZ,** | § § § | |
| **Plaintiff,** | § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 5:26-CV-00175** |
| **KRISTI NOEM,** *et al.*, | § § § | |
| **Respondents.** | § § | |

### <u>ORDER</u>

Pending before the Court is Petitioner Abel Orlando Rodriguez Rodriguez's ("Petitioner" or "Mr. Rodriguez") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging his post-removal order detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

In Respondents' Response to the Petition, Respondents stated that "ICE is working to find a third country to accept the Petitioner's removal." (Dkt. 9 at 10.) Respondents are **ORDERED** to provide a status update **<u>on or before May 15, 2026</u>** addressing the progress of Mr. Rodriguez's case, including whether Petitioner's removal is reasonably foreseeable.

IT IS SO ORDERED.

SIGNED this May 7, 2026.

_____
Diana Saldaña
United States District Judge

1 / 1